

**MEMO ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 14, 2024

<u>VIA ECF</u>
The Honorable Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *West et al. v. United States,* 7:23 Civ. 2085 (VB)

Dear Judge Reznik:

    This Office represents the United States of America (the "Government") in the above referenced medical malpractice action brought under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. The Government writes, on behalf of both parties, to respectfully request that the settlement conference currently scheduled for May 21, 2024 (*see* ECF No. 39), be adjourned *sine die*. In the past several days, the parties have made significant progress in settlement negotiations and believe they will reach an agreement, subject to all necessary Government approvals, prior to May 21. Accordingly, the parties believe that they do not require a settlement conference in order to resolve this matter.

    Thank you for your consideration of this request.

The request to adjourn the May 21, 2024 settlement conference *sine die* is GRANTED. The parties are to file a status letter by May 24, 2024 providing an update on the status of the settlement.

May 14, 2024

Respectfully,

DAMIAM WILLIAMS
United States Attorney

By:    */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov