```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRIANNA WEST, as Administrator of the           :
Estate of J.Q.A., and BRIANNA WEST,             :
individually,                                   :
                      Plaintiff,                :       ORDER
                                                :
              v.                                :       23 CV 2085 (VB)
                                                :
UNITED STATES OF AMERICA,                       :
                      Defendant.                :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/25

  The Court has approved and "so ordered" the Order of Compromise and Approval, which will be separately docketed.

  The Order of Compromise and Approval provides, among other things, that "Plaintiffs, upon final execution of the Stipulation and after the payment of the Settlement Amount by the United States, shall immediately cause to be filed with the Court a dismissal of the action in its entirety with prejudice, with each party bearing its own costs, expenses and fees."

  Accordingly, by **August 18, 2024**, plaintiffs shall file <u>either</u> a dismissal of the action <u>or</u> a letter regarding the status of the matter.

  The Court having approved the settlement, the status conference scheduled for June 20, 2025, is CANCELLED.

Dated: June 18, 2025
   White Plains, NY

            SO ORDERED:

            _____
            Vincent L. Briccetti
            United States District Judge